# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Tico Lombard Fleming , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:14cv00180 |
| | ) | 1:07cr00033-04 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2014 Order.

July 28, 2014

Frank G. Johns, Clerk
United States District Court